HERMAN WASSERBERGER, Appellant, v. NEW YORK STATE THRUWAY AUTHORITY, Respondent.—

Present — Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ.